BROOKS BROS. *v.* UNITED STATES

No. 7024.—Invoices dated London, England, May 21, 1946, etc.
        Certified May 24, 1946, etc.
        Entered at New York, N. Y., July 2, 1946, etc.
        Entry Nos. 700617; 705514.

(Decided March 14, 1947)

*John D. Rode* for the plaintiff.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

TILSON, Judge: The two appeals listed above have been submitted for decision upon a stipulation to the effect that the issues herein are similar in all material respects to the issues involved in *United States* v. *Pitcairn,* C. A. D. 334, and the record in that case has been admitted in evidence herein. The question involved is whether or not the so-called British purchase tax should be included as a part of the dutiable values of the merchandise.

Accepting the above agreement of counsel as a statement of fact, and following the cited authority, I find and hold the proper dutiable export values of the merchandise covered by these appeals to be the values found by the appraiser, less any amounts added under duress. Judgment will be rendered accordingly.

L. P. SEIBOLD, INC. *v.* UNITED STATES

No. 7025.—Invoice dated London, England, January 4, 1946.
        Entered at Washington, D. C., March 28, 1946.
        Entry No. W–308.

(Decided March 14, 1947)

*Tompkins & Tompkins (J. Stuart Tompkins* of counsel) for the plaintiff.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

COLE, Judge (Abstract): This appeal for reappraisement of various items of merchandise concerns the so-called British purchase tax, described in the law of the United Kingdom entitled "Finance (No. 2) Act 1940 3 & 4 Geo. 6 Ch. 48." The said tax was held not to be an item to be included in foreign value as defined in section 402 (c) of the Tariff Act of 1930 as amended by the Customs Administrative Act of 1938 (19 U. S. C. § 1402 (c)). *United States* v. *Wm. S. Pitcairn Corp.,* 33 C. C. P. A. 183, C. A. D. 334.

The agreed set of facts, embodied in the stipulation of submission, establishes that export value, section 402 (d) of the Tariff Act of 1930 (19 U. S. C. § 1402 (d)), is the proper basis for appraisement of the instant merchandise, and that such statutory values of the articles in question are the appraised values, less additions made by the importer on entry because of advances in similar cases.